# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SOUTHERN MOTORS CHEVROLET, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV414-152 |
| GENERAL MOTORS, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Defendant General Motors requests oral argument on plaintiff Southern Motors Chevrolet's motion to compel production of documents, doc. 61, in this 42 U.S.C. § 1981 case. Doc. 70. Both parties have submitted detailed briefing with numerous attached exhibits. *See* docs. 61 & 62. That is adequate to decide the issues presented. *See* Local Rule 7.2 ("Motions shall generally be determined upon the motion and supporting documents. . . ."). The motion for oral argument therefore is **DENIED**. Doc. 61.

The Court also takes this opportunity to address the parties' request -- buried in their recently filed joint status report, doc. 67 -- that discovery be extended "through August 31, 2015, for the purpose of

completing expert depositions." *Id.* at 3. To begin, Fed. R. Civ. P. 7(b)(1) mandates that "[a] request for a court order . . . be made by motion." Status reports are not motions.

Compounding that violation, the parties recently asked for (in a properly filed motion, *see* doc. 58) and received an extension that closed discovery on July 31, 2015. Doc. 59 (filed May 7, 2015). Now they want yet more time, but offer no justification beyond "for the purpose of completing expert depositions." Doc. 67 at 3. Why those depositions could not have been scheduled before July 31, 2015 remains a shade less than clear. GM, with plaintiff opposing (without saying why), also asks for a fourteen day extension of the dispositive motions deadline. Doc. 67 at 3.

The Court **GRANTS** the requested extensions, but no more will be forthcoming. Discovery *will* close on August 31, 2015 and dispositive motions must be filed no later than September 14, 2015. Both parties, moreover, must make all further requests for court orders by motion, not status reports or other miscellaneous filings.

**SO ORDERED**, this 20th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA